**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 22, 2011

No. 10-10876

Lyle W. Cayce
Clerk

KELLY B. LANGLEY; CLASSIC CLIPS, L.C.,

Plaintiffs - Appellants,

v.

CHASE BANK USA NA,

Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
Dist. Ct. No. 3:10-CV-587

Before JOLLY and HAYNES, Circuit Judges, and VANCE[*], District Judge.

PER CURIAM:[**]

Kelly Langley and his company, Classic Clips, individually, and on behalf of a putative class, sued Chase Bank for alleged breaches of the implied duty of good faith and fair dealing under Delaware law arising out of a business loan transaction. The district court granted Chase Bank's motion to dismiss for failure to state a claim, reasoning that the facts stated in the complaint, taken as true, did not state a claim for breach of that duty. Having reviewed and

---

[*] Chief Judge of the Eastern District of Louisiana, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-10876

considered the pertinent portions of the record, the parties' briefing, and their oral arguments in light of Delaware law, we conclude that the district court made no error warranting reversal. *Nemec v. Shrader*, 991 A.2d 1120 (Del. 2010). Accordingly, the judgment of the district court is AFFIRMED.